UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
AUG 2 5 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **4:21CR474 SEP/NAB** |
| ) | |
| vs. ) | |
| ) | |
| ROBERT EARL DAVIS, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 26, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**ROBERT EARL DAVIS,**

the Defendant herein, did knowingly and intentionally distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about December 3, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**ROBERT EARL DAVIS,**

1

the Defendant herein, did knowingly and intentionally distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance. In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT THREE

The Grand Jury further charges that:

On or about December 16, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**ROBERT EARL DAVIS,**

the Defendant herein, did knowingly and intentionally distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance. In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT FOUR

The Grand Jury further charges that:

On or about January 13, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**ROBERT EARL DAVIS,**

the Defendant herein, did knowingly and intentionally distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance. In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT FIVE

The Grand Jury further charges that:

On or about January 21, 2021, in St. Louis County, within the Eastern District of Missouri,

**ROBERT EARL DAVIS,**

the Defendant herein, did knowingly and intentionally distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT SIX

The Grand Jury further charges that:

On or about February 4, 2021, in St. Louis County, within the Eastern District of Missouri,

**ROBERT EARL DAVIS,**

the Defendant herein, did knowingly and intentionally distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT SEVEN

The Grand Jury further charges that:

On or about March 3, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**ROBERT EARL DAVIS,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT EIGHT

The Grand Jury further charges that:

On or about June 2, 2021, in St. Louis County, within the Eastern District of Missouri,

**ROBERT EARL DAVIS,**

the Defendant herein, did forcibly assault, resist, impede, and interfere with John Bradley, a Task Force Officer with the Federal Bureau of Investigation, while Task Force Officer Bradley was engaged in the performance of his official duties, and in doing so the Defendant used a deadly or dangerous weapon.

In violation of Title 18, United States Code, Section 111(a)(1), and punishable under Title 18, United States Code, Sections 111(a)(1) and 111(b).

A TRUE BILL.

_____

FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____

WILLIAM SCHARF, #66676MO
Assistant United States Attorney

4